**Electronically Filed
Supreme Court
SCPW-24-0000465
27-SEP-2024
10:59 AM
Dkt. 68 ODMR**

SCPW-24-0000465

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN RE BONNY N. EVANS, Petitioner.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of petitioner Bonny N. Evans's September 23, 2024 Amended Motion for Reconsideration of Order Denying Petition for Writ of Mandamus and September 23, 2024 Second Amended Motion for Reconsideration of Order Denying Petition for Writ of Mandamus, and the record, we conclude that this court did not overlook or misapprehend any point of law or fact when it entered the September 23, 2024 order. See Hawai‘i Rules of Appellate Procedure Rule 40(b).

It is ordered that the September 23, 2024 motions are denied.

This matter is now closed.  The appellate clerk's office shall not accept any further filings in this closed proceeding.

DATED:  Honolulu, Hawaiʻi, September 27, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens